UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-81662-CIV-DIMITROULEAS

SREAM, INC., a California Corporation,

    Plaintiff,

vs.

HABSA ENTERPRISE, INC., a Florida
Corporation,

    Defendant.
_____/

## OMNIBUS ORDER

THIS CAUSE is before the Court upon Defendant's January 22, 2018 Motion to Continue Mediation Pending Resolution of the Fully Briefed Dispositive Motions for Summary Judgment or, Alternatively, Motion to Withdraw as Counsel [DE 48]; the January 26, 2018 Mediator's Report [DE 49]; and Plaintiff's January 29, 2018 Motion for Sanctions [DE 50].  The Court has carefully considered the filings and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion to Continue Mediation Pending Resolution of the Fully Briefed Dispositive Motions for Summary Judgment or, Alternatively, Motion to Withdraw as Counsel [DE 48] is **DENIED AS MOOT** as to the motion to continue mediation pending resolution of the summary judgment motion.  The Court entered an Order ruling on the summary judgment motion on January 30, 2018. *See* [DE 51].

2. The Court notes that pursuant to the Court's Scheduling Order, the deadline for the parties to complete mediation has not yet occurred. *See* [DE 28].

3. The Court shall defer ruling on the Motion to Withdraw as Counsel until **February 9, 2018** to allow Defendant HABSA ENTERPRISE, INC. an opportunity to file any objections to the Motion. A failure to timely file objections will result in the granting of the Motion to Withdraw.

4. Counsel for Defendant shall serve a copy of this Order upon Defendant on or before **February 2, 2018** and file a notice with the Court stating that they have done so.

5. The Court reminds Defendant that it is a well-settled principle of law that a corporation cannot appear *pro se* and must be represented by counsel. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385-1386 (11th Cir. 1985), *cert. denied*, 474 U.S. 1058 (1986); *National Independent Theater Exhibitors, Inc. v. Buena Vista Distribution Company*, 748 F.2d 602, 609 (11th Cir. 1985), *cert. denied* 471 U.S. 1056 (1985).

6. Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the Court **REFERS** Plaintiff's Motion for Sanctions [DE 50] to United States Magistrate Judge Lurana S. Snow for appropriate disposition or report and recommendation.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 31st day of January, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record